# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **MOISES PEREZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | **EP-19-CV-00360-DCG** |
| | § | |
| **BODEGA LATINA CORPORATION,** | § | |
| *d/b/a/ El Super,* | § | |
| | § | |
| *Defendant.* | § | |

## ORDER TO RETAIN LOCAL COUNSEL

On this day, the Court *sua sponte* considered the above-captioned cause. Local Rule AT-2 states:

> A judge presiding has discretion to require, upon notice, that an attorney who resides outside the district designate as local counsel an attorney who is licensed in this court and maintains a law office in this district. Local counsel must have authority to act as attorney of record for all purposes, and must be prepared to present and argue the party's position at any hearing or status conference called.

The Court finds that Defendant Bodega Latina Corporation d/b/a El Super, which does not have local co-counsel for this action, should retain one in compliance with Local Rule AT-2.

Accordingly, **IT IS ORDERED** that Defendant Bodega Latina Corporation d/b/a El Super **SHALL RETAIN** local counsel as soon as possible, but in no event later than **January 16, 2020**.

So ORDERED and SIGNED this *16* day of December 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE