IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MOISES PEREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:19-CV-00360 |
| BODEGA LATINA CORPORATION D/B/A EL SUPER, | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Nicolas Del Campo of the del Campo Law Firm, PLLC enters his appearance as local counsel for Defendant Bodega Latina Corporation (sued as Bodega Latina Corporation d/b/a El Super) ("Bodega" or "Defendant") in compliance with Local Rule AT-2. Mr. Del Campo is licensed in this court and maintains a law office in this district.

Date: January 16, 2020

Respectfully submitted,

By:   */s/ Nicolas Del Campo*
Nicolas Del Campo
Texas Bar No. 24101690
**DEL CAMPO LAW FIRM, PLLC**
221 N. Kansas St. Ste. 1203
El Paso, TX 79901-1443
Phone: (915)209-0075
Facsimile: (915) 975-8199
Email: nicolas@delcampo-law.com

By:   */s/ Samuel Garcia*
Kurt W. Greve
Texas Bar No. 24007275
Samuel Garcia
Texas Bar No. 24080067
**LATHROP GPM, LLP**
2101 Cedar Springs Road, Suite 1400

Dallas, Texas 75201
Phone: (214)983-6030
Facsimile: (214) 983-6101
Email: sam.garcia@lathropgpm.com

*Attorneys for Defendant Bodega Latina Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January 2020, a copy of the above pleading was served via the District Court ECM/ECF system, which will send notification of such filing to all the following counsel of record:

Enrique Chavez, Jr.
Michael R. Anderson
2101 N. Stanton Street
El Paso, TX 79902
Email: enriquechavezjr@chavezlawpc.com

*Attorneys for Plaintiff*

                                        */s/Samuel Garcia*
                                        Samuel Garcia